

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ANTHONY STELMOKAS
(Please print)

STREET ADDRESS: 2548 W. 69TH ST,

CITY/STATE/ZIP: CHICAGO, IL. 60629

PHONE NUMBER: 773 476-0404

CASE NUMBER: 1:11-CV-03649

_____     6-10-11
Signature                      Date

**FILED**
JUN 10 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT